# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 7:08-CR-136-3BR

ALFORD EUGENE ROOKS

On January 4, 2010, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Robert K. Britt
Robert K. Britt
United States Probation Officer

**ORDER OF COURT**

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this \_\_\_14\_\_\_ day of \_\_September\_\_, 2012.

W. Earl Britt
Senior U.S. District Judge